

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 7, 2013

**BY EMAIL**

The Honorable John F. Keenan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
NOV -7 2013

Re: *United States v. Richard Trejo*,
11 Cr. 755 (JFK)

Dear Judge Keenan:

The Government respectfully writes to advise the Court regarding defendant Richard Trejo. As Your Honor is aware, Mr. Trejo pled guilty pursuant to a cooperation agreement. The defendant's cooperation is ongoing. Accordingly, the Government respectfully requests that Your Honor adjourn the sentencing control date of November 13, 2013 for approximately 90 days.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: ___/s/___
Ryan Poscablo
Jessica Ortiz
Megan Gaffney
Assistant United States Attorneys
(212) 637-2200

*Sentence is adjourned until February 25, 2014 at 12 Noon.*
*So ordered.*
*John F. Keenan U.S.D.J.*
*November 12, 2013*

cc: Scott Tulman, Esq.